# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Lawrence Earl, | Case No. 2:19-cv-01463-JAD-EJY |
| Plaintiff | **Order Adopting Report and Recommendation and Dismissing State-Law Claims and Fifth and Fourteenth Amendment Claims** |
| v. | |
| City of Las Vegas Detention Center, et al., | |
| Defendants | [ECF No. 4] |

Lawrence Earl brings this civil-rights action to redress constitutional-rights violations that he claims occurred in the course of his arrest and the search of his home.[1] The magistrate judge screened his claims, dismissed some of the federal claims with leave to amend and let others proceed.[2] She further recommends that I decline to exercise supplemental jurisdiction over Earl's additional state-law claims and that I dismiss his Fifth and Fourteenth Amendment due-process claims with prejudice.[3] The deadline to challenge that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Accordingly, for the reasons stated in the report and recommendation, the Court declines to exercise supplemental jurisdiction over plaintiff's state-law claims and dismisses those claims along with his Fifth and Fourteenth Amendment claims.

---

[1] *See* Screening Order, ECF No. 3.

[2] *Id.*

[3] ECF No. 4.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the Report and Recommendation **[ECF No. 4] is ADOPTED**; **plaintiff's claims under Article III of the Nevada Constitution are DISMISSED** without prejudice to his ability to file such claims in state court; and **plaintiff's Fifth and Fourteenth Amendment due-process claims are DISMISSED** with prejudice and without leave to amend.

Dated: November 16, 2019

_____
U.S. District Judge Jennifer A. Dorsey